Same case below, 391 Fed. Appx. 45.

**No. 10-1330. Kennedy Jones, Petitioner v. United States, et al.**

564 U.S. 1039, 131 S. Ct. 3073, 180 L. Ed. 2d 890, 2011 U.S. LEXIS 4838.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 625 F.3d 827.

**No. 10-1381. Linda Marie Sacks, Petitioner v. David Michael Sacks, et al.**

564 U.S. 1039, 131 S. Ct. 3075, 180 L. Ed. 2d 890, 2011 U.S. LEXIS 4893.

June 27, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 56 So. 3d 23.

**No. 10-1397. Alice Cox, Petitioner v. DeSoto County, Mississippi.**

564 U.S. 1039, 131 S. Ct. 3075, 180 L. Ed. 2d 890, 2011 U.S. LEXIS 4985.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 407 Fed. Appx. 848.

**No. 10-1406. Gordon Leitch, Petitioner v. Jeff Merkley.**

564 U.S. 1039, 131 S. Ct. 3076, 180 L. Ed. 2d 890, 2011 U.S. LEXIS 4914.

June 27, 2011. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 238 Or. App. 580, 245 P.3d 183.

**No. 10-1419. Scott Allan Pullins, Petitioner v. Disciplinary Counsel.**

564 U.S. 1039, 131 S. Ct. 3076, 180 L. Ed. 2d 890, 2011 U.S. LEXIS 4807.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 127 Ohio St. 3d 436, 940 N.E.2d 952.

**No. 10-7013. Michael A. Littlejohn, Petitioner v. Wisconsin.**

564 U.S. 1039, 131 S. Ct. 3056, 180 L. Ed. 2d 890, 2011 U.S. LEXIS 4904.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 327 Wis. 2d 107, 786 N.W.2d 123.

**No. 10-7057. David A. Dearborn, Petitioner v. Wisconsin.**

564 U.S. 1039, 131 S. Ct. 3056, 180 L. Ed. 2d 890, 2011 U.S. LEXIS 4858.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 327 Wis. 2d 252, 786 N.W.2d 97.